RECEIVED
IN LAKE CHARLES, LA.

JUL 24 2014

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAMEION M. BRUMFIELD** | * | **CIVIL ACTION NO. 2:13-CV-00730** |
| **Plaintiff** | * | |
| | * | **SECTION P** |
| V. | * | |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | * | **JUDGE MINALDI** |
| **Defendants** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 15] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 22 day of _____July_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE